# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:11-cr-00251-JOF -JFK
### USA v. Robinson
### Honorable J. Owen Forrester

Minute Sheet for proceedings held In Open Court on 01/05/2012.

TIME COURT COMMENCED: 11:05 A.M.
TIME COURT CONCLUDED: 11:13 A.M.
TIME IN COURT: 00:08
OFFICE LOCATION: Atlanta

COURT REPORTER: Monty Vann
USPO: Vincent Collins
DEPUTY CLERK: Pam Lohmiller

| | |
|---|---|
| DEFENDANT(S): | [1]Cedric Lamont Robinson Present at proceedings |
| ATTORNEY(S) PRESENT: | Stephanie Kearns representing Cedric Lamont Robinson<br>Timothy Storino representing USA |
| PROCEEDING CATEGORY: | Bench Trial Began; Bench Trial Concluded |
| PLEADINGS FILED IN COURT: | Government Exhibit 1 - Joint Stipulations of Fact AND Government Exhibit 2 - Accusation |
| MINUTE TEXT: | Bench trial held. Defendant advised of his right to a trial by jury and the right to confront witnesses. The defendant waived these rights. The Report and Recommendations [23] were adopted as the opinion and order of the Court. Government Exhibits 1 and 2 were admitted and received. The defendant was found to be guilty. Sentencing was announced for Wednesday, April 4, 2012, at 10:30 a.m. The transcript will serve as a further record of these proceedings. |
| TRIAL STATUS: | Trial Completed by Court Decision |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |
| ADDL HEARING(S) SCHEDULED: | Sentencing Hearing set for April 4, 2012 at 10:30 a.m. in Courtroom 1905; |